FILED
CLERK, U.S. DISTRICT COURT
NOV - 3 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DASHAWN WASHINGTON, <br><br> Defendant. | Case No. CR 09-00859-VBF <br><br> ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central Dist. Cal___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on • unknown community ties; • unknown bail resources; • violation of supervised release; absconded from supervision; history of failure to appear.

and/or

B.  ☑  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on: • SIGNIFICANT CRIMINAL HISTORY INCL. CONVICTIONS FOR FIREARMS VIOLATIONS & POSSESSION FOR SALE .

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: 11/3/09

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2